IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3084 |
| | ) | |
| V. | ) | |
| | ) | |
| CHERRY COUNTY, NEBRASKA SCHOOL DISTRICT NO. 6, | ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

On the court's own motion, the deadline for filing the Report of Parties' Rule 26(f) Planning Conference is continued to August 21, 2008.

DATED this 8th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge