IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3084 |
| | ) | |
| v. | ) | |
| | ) | |
| CHERRY COUNTY, NEBRASKA SCHOOL DISTRICT No. 6, a/k/a VALENTINE COMMUNITY SCHOOLS and f/k/a VALENTINE RURAL HIGH SCHOOL, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from December 1 to December 3, 2008 at 9:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 31st day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge