IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD D. PETTIGREW, | ) |
| Plaintiff, | ) 4:08CV3084 |
| v. | ) |
| CHERRY COUNTY, NEBRASKA SCHOOL DISTRICT NO. 6, a/k/a VALENTINE COMMUNITY SCHOOLS and f/k/a VALENTINE RURAL HIGH SCHOOL, | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

Defendant's unopposed motion for enlargement of time, filing no. 42, is granted and the deadline for filing summary judgment motions is extended to April 27, 2009.

DATED this 17th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge