IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | 4:08CV3084 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHERRY COUNTY, NEBRASKA | ) | |
| SCHOOL DISTRICT NO. 6, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 47) is granted, as follows:

Plaintiff shall have until May 27, 2009, to respond to Defendant's motion for summary judgment (filing 44).

May 4, 2009.                              BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge