IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | 4:08CV3084 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHERRY COUNTY, NEBRASKA SCHOOL DISTRICT NO. 6, a/k/a VALENTINE COMMUNITY SCHOOLS and f/k/a VALENTINE RURAL HIGH SCHOOL, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to strike (filing 58) is denied.

June 12, 2009.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge