IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3084 |
| | ) | |
| V. | ) | |
| | ) | |
| CHERRY COUNTY, NEBRASKA | ) | ORDER |
| SCHOOL DISTRICT NO. 6, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and with agreement of the defendant,

IT IS ORDERED that the final pretrial conference is rescheduled to Monday, July 6, 2009, at 2:00 pm., before the undersigned United States district judge, in his chambers, Room 586, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 29th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge