IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD D. PETTIGREW, | ) | 4:08CV3084 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| CHERRY COUNTY, NEBRASKA SCHOOL DISTRICT NO. 6, a/k/a VALENTINE COMMUNITY SCHOOLS and f/k/a VALENTINE RURAL HIGH SCHOOL, | ) ) ) ) ) ) | |
| Defendant. | ) | |

In accordance with the defendant's offer of judgment (filings 77, 79) and the plaintiff's acceptance (filing 78),

FINAL JUDGMENT is entered pursuant to Federal Rule of Civil Procedure 68, providing that the plaintiff, Bud D. Pettigrew, shall recover from the defendant, Cherry County, Nebraska School District No. 6, the sum of $50,000.00, inclusive of prejudgment interest, attorney's fees, and costs.

July 17, 2009.                                        BY THE COURT:

*Richard G. Kopf*
United States District Judge